IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**REGINA BURCH**                                                            **PLAINTIFF**

v.                                                            CIVIL ACTION NO. 4:13-cv-00142-GHD-JMV

**MISSISSIPPI VALLEY STATE**
**UNIVERSITY, et al.**                                                        **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATION

On consideration of the file and record of this action, the Court finds that the Report and Recommendation of the United States Magistrate Judge dated September 9, 2014, was on that date duly served upon the parties; that more than fourteen days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by any party. The Court is of the opinion that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore

**ORDERED:**

1. That the Report and Recommendation of the United States Magistrate Judge dated September 9, 2014, is hereby approved and adopted as the opinion of the Court.

2. That this case is hereby dismissed with prejudice for Plaintiff's failure to prosecute and obey orders of this Court.

**THIS**, the 1st day of October, 2014.

_____
SENIOR U.S. DISTRICT JUDGE